IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**GRAHAM HOOPER, individually and on behalf of all others similarly situated,**
  **Plaintiff,**

CASE NO. 8:21-cv-00226

v.

**DIGITAL MEDIA SOLUTIONS, LLC**
  **Defendant.**
_____/

## NOTICE OF REMOVAL

  The Defendant, Digital Media Solutions, LLC ("DMS"), gives notice of the removal of this case to the United States District Court for the Middle District of Florida.

  The Plaintiff began this action on January 1, 2021 in Florida's sixth judicial circuit, Pinellas County, case number 21-000003-CI. The Plaintiff served process on DMS on January 6th. The record thus far in the state court action is attached. Composite Ex. A.

  This Court has federal question jurisdiction over this dispute concerning the Telephone Consumer Protection Act. *See* 47 U.S.C. § 227; 28 U.S.C. § 1331. This notice is being filed within the 30-day time limit set by 28 U.S.C. § 1446. Venue is proper in this Court since Pinellas County is within the boundaries of this District.

## CERTIFICATE OF SERVICE

  I certify that a copy of this Notice has been sent by e-mail to Manuel Hiraldo, Esq. (mhiraldo@hiraldolaw.com) on January 29, 2021.

                 /s Jacob A. Brainard
                 **Jacob A. Brainard, Esq.**
                 Florida Bar No. 0092278
                 **Klein Moynihan Turco, LLP**
                 450 Seventh Avenue, 40th Floor
                 New York, New York 10123
                 Email: jbrainard@kleinmoynihan.com
                 Email: smoynihan@kleinmoynihan.com
                 *Attorneys for Digital Media Solutions, LLC*